| | AUSA: | Frank Dame | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kenton Weston | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

    v.

Eric Carter

Case: 2:26−mj−30189
Assigned To : Unassigned
Assign. Date : 4/10/2026
Description: CMP USA v Carter (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 9, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. §§ 924(c)(1) | Possession of a firearm in furtherance of a drug trafficking crime |
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute crack cocaine |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 10, 2026_____

_____
*Judge's signature*

City and state: __Detroit, MI_____

Hon. Anthony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1.     I  have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2.     I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to:

1

violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.      I have probable cause to believe that Eric CARTER (DOB: XX/XX/1976), who knew he was a convicted felon, knowingly possessed a firearm, which traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1). Additionally, CARTER possessed a distribution amount of illicit controlled substances, specifically cocaine, and used his firearm to protect his illicit controlled substances in violation of 18 U.S.C. §§ 924 (c)(1), 841(a)(1).

**<u>PROBABLE CAUSE</u>**

**Prohibited Status**

5.      A search of the Law Enforcement Information Network (LEIN) revealed the following felony convictions in Michigan state court:

a. February 1994: found guilty in 3rd Circuit Court of carrying a concealed weapon;

b. February 1995: found guilty in 3rd Circuit Court of carrying a concealed weapon;

c. September 2001: found guilty in 3rd Circuit Court of possession of cocaine;

d. September 2005: found guilty in 3rd Circuit Court of felon in possession of a firearm, felony firearm, and assault with intent to do great bodily harm;

e. August 2015: found guilty in 31st Circuit Court for fleeing a police officer and felon in possession of a firearm and ammunition; and pled nolle prosequi to felony weapons body armor and felony carrying a concealed weapon;

f. And May 2023: pleaded guilty in 3rd Circuit Court to fleeing a police officer second degree.

6.      CARTER is a convicted felon and thus prohibited from possessing, purchasing, and manufacturing firearms and ammunition. Additionally, based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. They also are generally warned of the consequences of a felony conviction—like a prohibition against owning firearms—before serving

3

time in state prison, and CARTER has been sentenced to serve multiple years in prison multiple times.

**April 3 Shooting and Investigation**

7. On April 3, 2026, DPD began investigating an assault-with-intent-to-murder shooting in Detroit, MI.

8. The victim and his girlfriend told police that they were driving across Detroit in the victim's vehicle when they got in a spat. The victim insisted on being let out and walking along the road. At the time, the victim and his girlfriend were on Belton Road between Roselawn St. and Cloverlawn St. Two black men wearing all black and driving in a white GMC Terrain with a black bumper drove slowly by the victim. The victim's girlfriend coaxed him back into his vehicle. As he began to get back in, someone from the white GMC Terrain began shooting at him, hitting him in the ankle. The victim, who is a CPL holder, drew his gun and returned fire. As the victim's girlfriend began driving away, the GMC Terrain chased and continued firing at them—though eventually the GMC Terrain stopped the pursuit.

9. Greenlight footage confirmed the victim's and his girlfriend's statements to police.

10. The victim's car's back passenger window and rear window were shot out, and there were many bullet holes on the car's passenger side.

4

11.     And when police responded to the scene, they found multiple spent shell casings at that location.

12.     Checking license plate readers around Roselawn and Belton, police quickly found a 2013 GMC Terrain with license plate number 5****1 and a black bumper near the scene of the shooting a few minutes before the shooting took place.

13.     The registered owner of that vehicle is CARTER.

14.     Police reviewed CARTER's Secretary of State picture and determined that he matched the victim's description of the shooter.

15.     On April 5, Detroit police saw the 2013 GMC Terrain with license plate number 5****1 at CARTER's residence, XXXX Epworth Detroit, MI.

16.     Detroit police then sought and obtained a search warrant for CARTER's residence.

**April 9 Search Warrant**

17.     On April 9, Detroit police executed that warrant, searching for evidence of the assault.

18.     CARTER was the only person at the residence, and when Detroit police arrived, he attempted to flee.

19.     Detroit police located over $11,000 and seven firearms including a Ruger SR40 40 caliber pistol, Smith & Wesson SD9VE, and a Smith & Wesson Shield pistol with an extended magazine:

5





20.    As Detroit police processed CARTER's residence for evidence, I

arrived and observed the recovered firearms and other noteworthy items—like a title

to a vehicle that listed CARTER's name and address, several rounds of

commercially available ammunition, and Protech body armor. I also observed that the house had an elaborate security system that included multiple cameras.

21.    I also saw a significant amount of drugs, including 2,556 grams of cocaine, 27.2 grams of fentanyl, 21 grams of various pills, and 550 grams of marijuana (all tested by Detroit police via TruNarc). Some of the cocaine was in two pressed bricks and the rest was in a duffle bag with multiple knotted baggies:



22.    I also saw drug distribution paraphernalia, including multiple digital scales and cutting agents.

**Interstate Nexus**

23.    On April 9, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs and provided images I captured of the recovered firearms, including the Smith & Wesson SD9VE.  SA Klupacs concluded that based on the images and

7

descriptions the firearms were not manufactured in the State of Michigan and therefore, had traveled in or affected interstate or foreign commerce.

## CONCLUSION

24.    There is probable cause to believe on April 9, 2026, in the Eastern District of Michigan, Eric Carter, knowingly committed violations of 18 U.S.C. § 922(g)(1), 18 U.S.C., § 924(c)(1), and 21 U.S.C. § 841(a)(1).

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. Anthony P. Patti
United States Magistrate Judge

Date:  April 10, 2026

8